53,155-02

October 30th, 2015

Abel Acosta, Clerk of
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Original Application Writ of Mandamus to be file:

Dear Mr. Acosta:

Please find enclose the Plaintiff's Original Appl;ication Writ of MaNDAMUS to file with the Honorable Court of Criminal Appeals, Please file at the courts convienient time, thank you in this matter.

Again thank you for your time in this matter.

Sincerely,

William c. Wingate
WILLIAM C. WINGATE_TDCJ#777922

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
Abel Acosta, Clerk

This document contains some pages that are of poor quality at the time of imaging.

1 of 1

No. _____

| | | |
|---|---|---|
| WILLIAM C. WINGATE, RELATOR, | § | IN THE DISTRICT COURT OF |
| Vs. | § | 232ND JUDICIAL DISTRICT |
| THE STATE OF TEXAS RESPONDENT. | § | OF HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL APPLICATION WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF COURT OF CRIMINAL APPEALS:

COMES NOW WILLIAM C. WINGATE, TDCJ#777922, Relator, pro-se in the above-styled and numbered cause of action and files this Original Application For Writ Of Mandamus, pursuant to Veron's Texas Civil Statutes arts. 2052, 2066; Rule 127 of the Texas Rule of Practice in District and County Courts, art. 40.01 et. seq. of Tex. Code Crim. Proc.; The Privacy Act 5, U.S.C.A. §522(b), and the Texas Open Acts art. 6262-17(a), V.T.C.S.: Rule 34.5., 34.6, and 53(1), (2) of the Texas Rules App. Proc., and cases cited infra:

### I.

### RELATOR

WILLIAM C. WINGATE, TDCJ#777922, is an offender incarcerated in the Texas Department of Criminal Justice-CID, and appearing pro-se, who can be located at Eastham Unit, 2665 Prison Rd.#1, lovelady, Texas 75851.

**Relator has exhausted his remedies and has no other adequate remedy at law.**

The act sought to be compelled is ministerial, not discretionary in nature. Tex. Civ. Stat. art. 2052, 2066; Rule 127 Tex. R. Prac. in District and County Courts art. 40.01, et. seq. of the Tex. Code Crim. Proc. requires Respondent to provide to Relator with all documents and trial records pertaining to the above-mentioned cause. Relator is entitled to said copies, and as basis for GRANTING said motion, Relator will respectfully show this Honorable Judges of the Court of Criminal Appeals as follows:

### II.

RespondentsKathy Tickle, Court Clerk and Chris Daniel, District Clerk of Harris County, Texas have a ministerial duties to recieve and file all legal papers in a criminal proceedings and perform all other duties imposed on the CLerks by law pursuant to Tex. Code Crim. Proc. art. 2.21, and is responsible under this artcle to COMPLY with and file all legal papers in a criminalas in the instant case at bar.

1

Relator was DENIED his motion "To Obtain Documents and Trial Records In Forma Pauperis" filed with the District Clerk's Office of Harris County,Texas.On June 22,2015,and after filling a Notice of Appeal in the Fourteenth Court of Appeals on July 10,2015.That appeal was DISMISSED by its own motion to dismissed the appeal from the order signed by the court in which I never recieved a COPY of that ordered signed June 30,2015.Appels Court(14thDist.)did erroneously DISMISSED the appeal as interluctory orders,wheninfact the trial court did not provide Relator with a signed JUDGEMENT/ORDER by the Trial Judge that was ILEGALLY DENIED by the trial court clerk Kathy Tickle signed by her was IMPROPERLY DENIED because said motion had an attached ORDER FORM for the JUDGE to sign off GRANTED/DENIED.

The District Court of 232ND of Harris County,Texas is also in violation of ministerial duties in DENYING Relator's motion "To Obtain Document and trial Records",as per the literal reading of the United States Supreme Court cases cited in the motion,and jurisdiction of the Tex.Civ.Stat.,and Tex.Code Crim.proc.,and appellate rules as well are invoked.

## III.

Relator has gone well beyond any requirements or obligations imposed upon him by the Tex.Civ.Stat.,and T.C.C.P..Incontrast to Relator's efforts respondent has wholly failed to comply with these Stateutes invoked hereby above along with the cases cited in the motion from the united States Supreme Court rulings.

Relator is requesting these documents and trial records in order to assist him to prepare an adequate appeal of his conviction imposed by the 232ND District Ourt of Harris County,Texas to a Higher Court.because Relator is entitle to redress by WAY of habeas corpus review.

In support to his claim,relator cites the following cases: Cruder-V-State, 933 SW2d 273,275(1996);Snoke-V-State,780SW2d 210,212(1889);Abdonor-V-State,712 SW2d 136,180(1989);Evita-V-Lucy,105 S.Ct.830,834(1985);Mayer-V-Chicago,92 S.Ct. 410(1970);Lane-V-Brown,83 S.Ct.768(1963);Smith-V-Bennett,81 S.Ct.895(1901),and Griffin-V-Illinois,76 S.Ct.585(1956).

relator contends that his need of the requested records entitles him to the same.Said documents and records are essential as required in order to present,support,and prove his allegations of constitutional trial ERRORS to a higher court.

Relator also avers that he is a pauper,without funds,properties,or securities with which to pay for the requsted documents and trial records.Therefore, said documents and trial records should be afforded at no cost to Relator in order to construct an adequate brief.

2

United State Supreme Court went on to express that "But that is not to say that States that does GRANT REVIEW CAN DO SO IN A WAY THAT DISCRIMINATES AGAINST SOME CONVICTED DEFENDANTS ON ACCOUNT OF THEIR POVERTY."

Relator has recieved a LIFE SENTENCE that requires him to do 30 years flat to become elgible for parole unless the constitutional trial errors are corrected. Furthermore,Relator contends that if he is DENIED the requested photostatic copies of the records and documents,such a DENIAL would result in a further violation of the 14th Amendment to the U.S.Constitution and cited State Right's To impose a financial condition upon an indigent prisoner ward of the State for exercise of a state right to sue for his liberty is to DENY th & prisoner's federal constitutional right to equal protection under the laws in the U.S. Supreme Clause of the Constitution set forth in Articles 5th,6th,and 14th explicitly states that the constitution and federal laws are the the Supreme Laws of the land.it dictates state laws and policy is void if it directly conflicts with federal laws.

## IV.

### PRAYER

WHEREFORE,PREMISES CONSIDERED,relator prays that this Honorable Court will review the above cited laws,statutes,and cases,then apply sound,fair judicial reasoning to the facts and issues at bar and,in all things,GRANT the above and foregoing PRO-SE motion To Obtain Documents and Trial Records In Forma Pauperis,ordering the Trial Court and District Clerk to make and send Relator the same.

Respectfully submitted,

Relator,Pro-se

### Certificate of Service

This is to certify that I WILLIAM C.WINGATE,Relator Pro-se,have forwarded the original and correct copy of the above and foregoing motion "TO OBTAIN DOCUMENT AND TRIAL RECORDS IN FORMA PAUPERIS" by way of U.S.Mail,postage prepaid,toAbel Acosta,Clerk of Court of Criminal Appeals,P.O.Box 12308,Austin, Texas 78711.Executed on this the _30th_ day ofOctober,2015.

3

## SWORN DECLARATION AND AFFIDAVIT IN FORMA PAUPERIS

I,WILLIAM C.WINGATE,Relator Pro-se in the foregoing motion tOriginal Application Writ of Mandamus,states upon my oath that I am indigent and unable to pay the cost or give security for the requested documents and trial records,and that the facts and allegations stated herein are true and correcct to the best of my knowldge and belief,verification pursuant to V.T.C.A.CIVIL PRACTICE and Remedies Code Sections 132.001,132.002,132.003.

respectfully submitted,

William C. Wingate

WILLIAM C.WINGATE,TDCJ#777922
EASTHAM UNIT,2665 PRISON RD.#1
LOVELADY,TEXAS 75851

RELATOR PRO-SE

4

**" EXHIBITS "**

# CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK

Direct Dial Line:

WILLIAM WINGATE #777922
EASTHAM UNIT
2665 PRISON RD #1
LOVELADY TX 75851

Memorandum response to correspondence received: <u>06/22/2015</u>

Re: Cause No(s) <u>718143</u>.

Dear <u>MR. WINGATE</u>,

☒ Your motion/request <u>TO OBTAIN DOCUMENTS AND TRIAL RECORDS IN FORMA PAUPERIS</u> was filed with the District Clerk and on _____ the Court:

☐ Took no action  ☒ Denied your Motion/Request  ☐ Granted your motion/request

☐ Took action  ☐ Advised attorney of record  ☐ Other

☐ Other: _____

CHRIS DANIEL, District Clerk

By: KATHY TICKLE
Clerk in the <u>232ND</u> District Court

Cause No. 718143

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | 232ND JUDICIAL DISTRICT |
| WILLIAM C. WINGATE, | § | OF HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WILLIAM C. WINGATE, TDCJ#777922, Defendant in the above reference cause files his NOTICE OF APPEAL from the Memorandum Response denying petitioer his "MOTION TO OBTAIN DOCUMENTS AND TRIAL RECORDS IN FORMA PAUPERIS" from the 232nd Judicial District COURT OF Harris County, Texas case trial court number 718143.

The date of DENIAL June 22, 2015, William C. Wingate desires to appeal.

The Court to which the appeal is taken, the Fourteenth Court of Appeals William C. Wingate is the party filing the notice.

The appellant is a party affected by the trial court's clerk Kathy Tickle of the 232nd District Court, but did not participate either in person or through counsel-in hearing that resulted in the DENIAL complained of;

The "DENIAL" of dismissal was based on appellant's "MOTION TO OBTAIN DOCUMENT AND TRIAL RECORDS IN FORMA PAUPERIS".

EXECUTED on this day 10TH of July, 2015.

Respectfully submitted,

/S/William C. Wingate
TDCJ#777922
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

1 of 1

Justices

WILLIAM J. BOYCE
TRACY CHRISTOPHER
MARTHA HILL JAMISON
SHARON MCCALLY
J. BRETT BUSBY
JOHN DONOVAN
MARC W. BROWN
KEN WISE

Chief Justice
KEM THOMPSON FROST

Clerk
CHRISTOPHER A. PRINE
PHONE 713-274-2800



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

Thursday, July 30, 2015

Harris County, District Clerk, Criminal Division
District Clerk, Criminal Division
Post Judgment
P.O. Box 4651
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    14-15-00647-CR
       Trial Court Case Number:    7188143

Style:  William Charles Wingate
        v.
        The State of Texas

This Court is in receipt of the notice of appeal filed in this case on July 20, 2015.

No post-judgment motion was filed. Accordingly, you must file the clerk's record in the Court within 60 days after the sentence is imposed, or by **Monday, August 31, 2015**. **If the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal. TEX.R.APP.P. 25.2(d).**

The reporter's record must also be filed in this Court within this period. All court reporters are required to complete and e-file with the Court an information sheet which is located at http://www.txcourts.gov/media/662557/court-reporter-info-sheet.pdf. Unless a pauper's oath is on file, the court reporter should contact appellant and make arrangements for receiving payment for the record. TEX.R.APP.P. 35.3(b)(3).

Pursuant to the Court's Local Rules,[1] as of November 1, 2010 all reporter's record must be filed via the court's electronic filing portal. More information can be found on the court's website.

Pursuant to this Court's Local Rule 6, **all attorneys** are required to provide the Court with a valid e-mail address when submitting any document to the Court. Notices or other communications about this case will be delivered via email in lieu of mailing paper documents. Paper copies of notices or other communications about this case can be obtained by a party upon written request. **Please note that effective January 1, 2014, all documents submitted by an attorney for filing with the court must be electronically filed. Please consult the courts website located at http://www.txcourts.gov/14thcoa for more information. A list of the available e-filing providers can be found at http://www.texfile.com/filers-get-started.htm.**

---

[1] See 14th Court of Appeals Website at www.14thcoa.courts.state.tx.us for complete text of Local Rules.

October 15, 2015



# JUDGMENT

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

WILLIAM CHARLES WINGATE, Appellant

NO. 14-15-00647-CR              V.

THE STATE OF TEXAS, Appellee

---

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 30, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, William Charles Wingate.

We further order this decision certified below for observance.

OCT.
10/20/15